The Court being Oppened and Called over with Constables who Attended on the Court and Sylence being Commanded they Proceeded To try the Causes following.

---

John Steavens Appealt
John Richardson Defendt

An appeale from a verdict and Judgmt given att the Court of the Whorkill in February 1679–80 for the Deft for Tittle of Land Called Willingbrook first surveyed for seated and Improved by the Deft upon full hearing of Procedings of said Court and what could be alleadged by both partyes their Evidences and Proofs The Court Confirms the said Judgmt and that the Defendt have and enjoye all the Land he hath Sealed and Improv'd with the buildings thereon the Appealt to pay Costs.

---

Coll. Lewis Morris Appealt
Gabrill Minveile Attorney
    to Lewis De Bois, Deft

An appeale from the Judgmt of the Court of Mayor and Aldermen Given the 13th of January 1679 about the negros taken by the Dutch and sold in vandue att the Esopus to the Defendt and runnaway from him to the appealt who Detained them; which the Appealt was Ordered to Deliver with Damage.   The proceedings of said Court being Read and partyes fully heard the Court Reversed the Judgmt in the Mayors Court, And give Judgmt for the Appealt that he keep the said two Negros.   The Deft to pay Costs of suite.